D. Michael Eakin
Eakin & Berry, PLLC
208 N. 29th St., Suite 204
P.O. Box 2218
Billings, Montana 59103
Phone: (406) 969-6001 Fax: (406) 969-6007
eakin.406law@gmail.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| TAMMY WILHITE, | ) | |
|     Plaintiff, | ) | CV19-20-BLG-TJC |
| | ) | |
| vs. | ) | Consolidated with: |
| | ) | CV 19-102-BLG-SPW-TJC |
| PAUL LITTLELIGHT, | ) | |
| LANA THREE IRONS, | ) | |
| HENRY PRETTY ON TOP, | ) | |
| SHANNON BRADLEY, and | ) | |
| CARLA CATOLSTER, | ) | |
|     Defendants. | ) | |
| _____) | | PLAINTIFF'S RESPONSE BRIEF |
| | ) | TO DEFENDANTS' MOTION TO |
| TAMMY WILHITE, | ) | STAY |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Defendant. | ) | |
| _____) | | |

1

The individual Defendants have petitioned this Court to stay all proceedings pending a decision on their current motion to dismiss. The Court has adopted a scheduling Order. Staying discovery and other disclosures will upend the scheduling order adopted by the Court.

This matter has been pending approximatley two years. It has only recently progressed beyond the motion to dismiss level. The individual Defendants have filed serial motions to dismiss. (See, Dkt-16 for a discussion of the serial motions.) The most recent motion to stay is just another attempt to prolong the process in hopes the Plaintiff will lose interest, counsel will retire, or the case will otherwise go away. The Court should not allow such delaying tactics and should allow the case to proceed according to the scheduling order entered by the Court.

The Defendants' current motion to dismiss is without merit for the reasons set forth by the United States in its brief on the underlying motion to dismiss (Dkt-45) and argued by the Plaintiff in her brief on that topic. (Dkt-46). Defendants should not be allowed to delay matter further based on a meritless motion.

/ / /

## CONCLUSION

For the reasons set forth above, this Court should deny the motion to stay pending a decision on Defendants' current (third) motion to dismiss.

Dated this 27th day of January, 2021

                                                     EAKIN & BERRY, PLLC


                                           /s/ D. Michael Eakin

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(d)(2)(E) the attached brief is proportionately spaced, has a typeface of 14 points and contains 230 words, excluding captions and certificates of compliance and service.

Dated this 27th day of January, 2021

/s/ D. Michael Eakin

# CERTIFICATE OF SERVICE

I certify that on the 27th day of January 2021, the foregoing document was served by:

| | |
|---|---|
| <u>1, 2, 3,4</u> | CM/ECF |
| _____ | U.S. Mail |
| _____ | Email |

Upon:

1. Clerk of Court

2. Michael L. Rausch
   Evan M.T. Thompson
   Browning, Kaleczyc, Berry & Hoven, P.C.
   Liberty Center, Suite 302
   9 Third Street North
   Great Falls, MT 59401

3. Victoria Francis
   Tyson Lies
   Assistant United States Attorneys
   2601 2nd Ave. North, Suite 3200
   Billings, MT 59101

4. John Newman
   Assistant United States Attorney
   P.O. Box 8329
   Missoula, MT 59802

/s/ D. Michael Eakin
D. MICHAEL EAKIN
Eakin Berry & Grygiel, PLLC.
Attorneys for Plaintiff