IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TAMMY WILHITE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 19-102-BLG-SPW<br><br>ORDER |

Upon the request of Plaintiff Tammy Wilhite (Doc. 58), and pursuant to Federal Rule of Civil Procedure 41(a)(2),

IT IS HEREBY ORDERED that the above-entitled cause is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED this 10th day of July, 2023.

Susan P. Watters
U. S. DISTRICT JUDGE

1